UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael Oscar Elane, | Case No. 2:26-cv-01176-CDS-EJY |
| Petitioner | **Order Granting Respondents' Motions to Extend Time** |
| v. | |
| Markwayne Mullin, et al., | [ECF Nos. 13, 14] |
| Respondents | |

The respondents move for an extension of time, to June 8, 2026, to file responses to Elane's amended petition for writ of habeas corpus and motion for a temporary restraining order. Mot., ECF No. 14.[1] The respondents' counsel states that the extensions are necessary because he was recently assigned the case, his office remains understaffed, and numerous competing deadlines prevented obtaining necessary information and documentation. *Id.* at 2. Elane's counsel opposes the extension, arguing that additional time is unreasonable, unsupported by good cause, and inconsistent with the expedited nature of these civil immigration detention proceedings. Resp., ECF No. 15.

I agree that 28 U.S.C. § 2243 requires that petitions for writ of habeas corpus be promptly addressed and "generalized statement[s] that counsel is still awaiting unspecified 'needed documents' . . . does not qualify as good cause for an extension of time to respond to these urgent petitions." *Alkarori v. Mattos*, No. 2:25-cv-02567-MMD-MDC (D. Nev. Jan. 6, 2026). Nonetheless, I find that the request is made in good faith and not solely for the purpose of delay, so I allow this brief extension of time as it is not overly prejudicial.

---

[1] I note that the respondents previously requested a four-day extension, to June 1, 2026 in their prior motion to extend time. *See* Mot., ECF No. 13.

It is therefore ordered that the respondents' motions to extend time **[ECF Nos. 13, 14] are granted** nunc pro tunc. The respondents must file their responses to the motion for a temporary restraining order and the first amended petition by June 8, 2026.

Dated: June 3, 2026

_____
Cristina D. Silva
United States District Judge